PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

RECEIVED

JUL 2 1 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 06-CR-00235-001 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bernardo Quintana | Eastern District Wisconsin | Milwaukee |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Chief Judge Rudolph T. Randa |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 3/17/08 | 3/16/11 |

OFFENSE

MAGISTRATE JUDGE DENLOW

Title: 21 U.S.C. 841(a)(1) and 841(b)(1)(B): Possession with the Intent to Distribute 100 Grams or More of Heroin

JUDGE LINDBERG

08 CR 614

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Wisconsin _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/1/08
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED

July 31, 2008
JUL 3 1 2008 C

JUL 3 1 2008  MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*James F. Holderman*

*Effective Date*

*United States District Judge*