# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

August 15, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

08 cv 614

FILED
AUG 2 5 2008
8-25-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:   U.S. vs Bernardo Jesus Quintana
      Your Case Number: 08 CR 614
      Our Case Number: 06-CR-235

Dear Mr. Dobbins:

In compliance with the Order Accepting Jurisdiction in the above case, enclosed are **certified** copies of the docket sheet, Indictment, Judgment and Transfer of Jurisdiction form. Also included is a financial accounting statement for this defendant.

Please acknowledge receipt on the enclosed copy of this letter and return it in the envelope provided.

Very truly yours,
JON W. SANFILIPPO
CLERK

By: s/Karen Fahrenkrug
    Deputy Clerk

Enclosures
cc: U.S. Probation
    U.S. Marshal
    Financial

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
MAR 2 2 2007
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number: 06-Cr-235 |
| **BERNARDO JESUS QUINTANA** | |
| | USM Number: 08459-089 |
| | |
| | **Mitchell D. Kreiter and Thomas A. Gibbons** |
| | Defendant's Attorney |
| | **Gregory J. Haanstad** |
| | Assistant United States Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One (1) of the Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute 100 Grams or More of Heroin | August 21, 2006 | 1 |

The defendant is sentenced as provided in Pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of material changes in economic circumstances.

U.S. District Court
Eastern Dist. of Wis.
I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office
JON W. SANFILIPPO, Clerk
DATED: 8/15/08 Deputy: _____

March 22, 2007
Date of Imposition of Judgment

_Signature of Judicial Officer_

**Hon. Rudolph T. Randa, Chief Judge**
Name & Title of Judicial Officer

3/22/07
Date

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
Sheet 2 - Imprisonment

Defendant: **Bernardo Jesus Quintana**
Case Number: **06-Cr-235**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : <u>**Twelve (12) months and One (1) day.**</u>

**Defendant shall be given credit for time served, if any, as determined/calculated by the United States Bureau of Prisons.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**A facility as close to defendant's home (Maywood, Illinois) that can address defendant's health concerns.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

☒ <u>before 2 p.m. on or before May 7, 2007</u>.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
Sheet 3 - Supervised Release

Defendant: **Bernardo Jesus Quintano**
Case Number: **06-Cr-235**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **Three (3) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two drug tests thereafter within one year.

- ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.** (Check, if applicable.)
- ☒ **The defendant shall cooperate in the collection of DNA as directed by the probation officer.** (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
Sheet 3A - Supervised Release

Defendant: **Bernardo Jesus Quintano**
Case Number: **06-Cr-235**

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant is to participate in a program of testing, to include not more than six urinalysis tests per month, and residential or outpatient treatment for drug and alcohol abuse, as approved by his probation officer, until such time as he is released from such program. The defendant shall pay the cost of this program under the guidance and supervision of his supervising probation officer. The defendant is to refrain from use of all alcoholic beverages throughout the supervised release term.

2. The defendant is to provide access to all financial information requested by the supervising probation officer including, but not limited to, copies of all federal and state income tax returns. All tax returns shall be filed in a timely manner. The defendant shall also submit monthly financial reports to the supervising probation officer.

AO 245B (Rev 06/05) Judgment in a Criminal Case:
Sheet 5 - Criminal Monetary Penalties

Defendant: **Bernardo Jesus Quintana**
Case Number: 06-Cr-235

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 (paid in full) | $waived | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Totals: | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine     ☐ restitution.

☐ the interest requirement for the     ☐ fine     ☐ restitution is modified as follows:

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 06/05) Judgment in a Criminal Case:
Sheet 6 - Schedule of Payments

Defendant: **Bernardo Jesus Quintana**
Case Number:  06-Cr-235

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐  Lump sum payment of $ _____ due immediately, balance due

   ☐ not later than _____ , or

   ☐ in accordance ☐ C, ☐ D, ☐ E or ☐ F below; or

**B** ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐  Special instructions regarding the payment of criminal monetary penalties:


   Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 06-CR-**06 CR235**

'06 OCT -3 P3:50

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

BERNARDO JESUS QUINTANO,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. On or about August 21, 2006, in the State and Eastern District of Wisconsin,

**BERNARDO JESUS QUINTANO**

knowingly and intentionally possessed with the intent to distribute a controlled substance.

2. The offense involved 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

U.S. District Court
Eastern Dist. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office

JON W. SANFILIPPO, Clerk

DATED: 8/15/ Deputy

A TRUE BILL:

FOREPERSON

Dated: 10-3-06

Steven M. Biskupic
United States Attorney

CLOSED, INTERPRETER

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00235-RTR All Defendants
### Internal Use Only

Case title: USA v. Quintano
Magistrate judge case number: 2:06-mj-00259-PJG

Date Filed: 10/03/2006
Date Terminated: 03/22/2007

Assigned to: Chief Judge Rudolph T Randa

### Defendant (1)

**Bernardo Jesus Quintano**
*TERMINATED: 03/22/2007*

represented by **Mitchell D Kreiter**
Kreiter & Gibbons
70 W Hubbard St - Ste 302
Chicago, IL 60610
312-222-0001
Fax: 312-222-9583
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas A Gibbons**
Kreiter & Gibbons
70 W Hubbard St - Ste 302
Chicago, IL 60610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:841(a)(1) and 841(b)(1)(B) -
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(1)

### Disposition

12 months and 1 day Imprisonment; 3 years
Special Assessment; Fine is waived; $100.00
Special Assessment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Disposition

U.S. District Court
Eastern Dist. of Wis.
I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office

JON W. SANFILIPPO, Clerk

DATED: 8/15/08   Deputy

| Complaints | Disposition |
|---|---|
| 21:841(1)(1) and 841(b)(1)(B) | |

**Plaintiff**

USA          represented by   **Gregory J Haanstad**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1700
Fax: 414-297-1738
Email: greg.haanstad@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2006 | 1 | COMPLAINT signed by Magistrate Judge Patricia J Gorence as to Bernardo Jesus Quintano (1). (Filed SEALED 8/22/06; UNSEALED 10/3/06) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/22/2006 | 2 | Minute Entry (PJG) Initial Appearance as to Bernardo Jesus Quintano held on 8/22/2006. Interpreter (Maria Franco) sworn. Govt. advised deft. of charges, penalties and fines. Crt. advises deft. of rights. Govt. seeks continuance of detention matter to allow PTS to interview deft. Detention Hearing set for 8/24/2006 at 10:30 AM before Magistrate Judge Aaron E Goodstein. Crt. w/seal matter until the 8/24 hrg. (Filed SEALED 8/22/06; UNSEALED 10/3/06)(Tape #3:37:28) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/22/2006 | 3 | ORDER OF Temporary DETENTION Pending Hearing Pursuant to Bail Reform Act as to Bernardo Jesus Quintano. Signed by Judge Patricia J Gorence on 8/22/06. (cc: all counsel) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/22/2006 | 4 | Receipt #102 120104 for Passport of Bernardo Jesus Quintano posted as a condition of bond. (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/24/2006 | 5 | Minute Entry (AEG) Detention Hearing as to Bernardo Jesus Quintano held on 8/24/2006. Interpreter (Maria Franco) sworn. Deft. requests continuation of sealing. Govt. not seeking detention. Some substantial bond would be requested. Deft. has health problems. Crt. statements before ruling. Crt. sets $20,000 O/R bond w/conditions: 1). All 4 property owners are to sign as surety - son-in-law to sign no later than 8/31/06. 2). Reside at current address. 3). Travel is restricted to the N.D. of Illinois and the E.D. of Wisconsin. 4). Report to PTS as directed. 5). No drugs. 6). Random testing. 7). Surrender passport. Crt. w/extend sealing order until 30 day period expires. Deft. willing to waive prelim. hrg. Crt. explains prelim. hrg. procedure to deft. and makes a finding of probable cause. (Filed SEALED 9=8/24/06; UNSEALED 10/3/06) (Tape #10:34:02-10:58:35) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/24/2006 | 6 | Appearance Bond ($20,000 O/R) posted by Bernardo Jesus Quintano. (Filed SEALED 18/24/06; UNSEALED 10/3/06) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 08/24/2006 | 7 | ORDER Setting Conditions of Release as to Bernardo Jesus Quintano. Signed by Judge Aaron E Goodstein on 8/24/06. (Filed SEALED 8/24/06; UNSEALED 10/3/06) (cc: all counsel) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |

| | | |
|---|---|---|
| 09/27/2006 | 8 | NOTICE OF HEARING as to Bernardo Jesus Quintano. Hearing to Show Cause as to Why Complaint should not be dismissed/unsealed set for 10/5/2006 at 01:30 PM before Magistrate Judge Aaron E Goodstein. (cc: all counsel - via U.S. mail to atty. Kreiter)(Filed SEALED 9/27/06; UNSEALED 10/3/06) (kmf) [2:06-mj-00259-PJG] (Entered: 10/05/2006) |
| 10/03/2006 | 9 | INDICTMENT as to Bernardo Jesus Quintano (1) count 1. (Attachments: # 1 Information Sheet) (kmf) (Entered: 10/05/2006) |
| 10/05/2006 | 10 | NOTICE OF ATTORNEY APPEARANCE: Thomas A Gibbons retained for Bernardo Jesus Quintano. (kmf) (Entered: 10/06/2006) |
| 10/05/2006 | 11 | Minute Entry (AEG) Arraignment and Plea hrg. as to Bernardo Jesus Quintano held on 10/5/2006. Interpreter (Nancy Stone) sworn. Defendant advised of rights, charges, penalties and fines. Not Guilty plea entered by deft. Case referred to Magistrate Judge William E Callahan, Jr. for pretrial purposes. STD: 1/1/07. VOIR DIRE: 12/14/06. TRIAL: 12/18/06 at 9:00. TRIAL EST: 1 day. BRIEFING: 10/25/06, 11/3/06, 11/8/06. Court orders GJ materials disclosed no later than 1 business day prior to trial. Crt. w/continue conditions of release as set. Deft. states objection to filing of indictment - past the 30 days allowed for return of indictment. Crt. instructs deft. counsel to address matter in a motion. (Tape #1:38:08-1:43:56) (kmf) (Entered: 10/06/2006) |
| 10/05/2006 | 12 | PRETRIAL ORDER as to Bernardo Jesus Quintano. Motions due: 10/25/06; Response due: 11/3/06; Reply due: 11/8/06. Signed by Judge William E Callahan Jr on 10/5/06. (cc: all counsel in open court) (kmf) (Entered: 10/06/2006) |
| 10/05/2006 | | (Court only) ***Terminate Deadlines/Hearings as to Bernardo Jesus Quintano: (kmf) (Entered: 10/06/2006) |
| 10/30/2006 | | Case as to Bernardo Jesus Quintano no longer referred to William E Callahan, Jr. File Transmitted to Hon. Rudolph T. Randa for further proceedings. No motions filed (kaf) |
| 12/13/2006 | 13 | NOTICE OF HEARING as to Bernardo Jesus Quintano. Change of Plea Hearing set for 12/18/2006 01:00 PM in Courtroom 320 before Chief Judge Rudolph T Randa. (cc: all counsel - via US Mail to Mitchell D Kreiter) (Zik, Linda) |
| 12/18/2006 | 14 | PLEA AGREEMENT as to Bernardo Jesus Quintana. (Zik, Linda) |
| 12/18/2006 | 15 | Minute Entry for proceedings held before Judge Rudolph T Randa: Change of Plea Hearing as to Bernardo Jesus Quintana held on 12/18/2006. Guilty Plea entered by Bernardo Jesus Quintana as to Count 1 of the Indictment. Sentencing set for 3/22/2007 02:00 PM in Courtroom 320 before Chief Judge Rudolph T Randa. Bond continued as previously set. (Court Reporter Heidi Trapp) (Zik, Linda) |
| 03/22/2007 | 16 | Minute Entry for proceedings held before Judge Rudolph T Randa: Sentencing held on 3/22/2007 for Bernardo Jesus Quintana as to Count 1 of the Indictment. Interpreter present and sworn. 12 months and 1 day Imprisonment; 3 years Special Assessment; Fine is waived; $100.00 Special Assessment. Conditions of Supervised Release imposed. SEE Judgment for additional details. Defendant to self-surrender by 2:00 pm on or before 5/7/2007. (Court Reporter Heidi Trapp) (Zik, Linda) |
| 03/22/2007 | 17 | JUDGMENT as to Bernardo Jesus Quintano. 12 months and 1 day Imprisonment as to the one count Indictment. The deft. shall be given credit for time served, if any, as determined/calculated by the U.S. Bureau of Prisons. 3 years Supervised Release. Conditions of Supervised Release imposed. SEE Judgment for additional details. Fine is waived. $100.00 Special Assessment. The deft. shall surrender for service of sentence before 2:00 p.m. on or before 5/7/07. Signed by Judge James T Moody on 3/22/07. (cc: all counsel) (kmf) (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 03/22/2007 | | (Court only) ***Case Terminated as to Bernardo Jesus Quintano (kmf) (Entered: 03/26/2007) |
| 05/25/2007 | 18 | REQUEST for return of passport from Atty. Mitchell Kreiter as to Bernardo Jesus Quintano. (kaf) (Entered: 05/30/2007) |
| 05/30/2007 | 19 | ORDER FOR RETURN OF PASSPORT - It is ordered that the Clerk of Court return to Attorney Mitchell D Kreiter the passport deposited in the registry as a condition of bail for Bernardo Jesus Quintano. Signed by Judge Rudolph T Randa on May 30, 2007. (cc: all counsel) (Randa, Rudolph) (Entered: 05/31/2007) |
| 08/11/2008 | 20 | ORDER Transferring Supervised Release Jurisdiction as to Bernardo Jesus Quintano from the E.D. of Wisconsin and ORDER accepting jurisdiction in the N.D. of Illinois. Signed by Chief Judge Rudolph T Randa on 7/1/08. (cc: all counsel) (kmf) (Entered: 08/15/2008) |
| 08/15/2008 | | TRANSMIT FILE for Bernardo Jesus Quintano to: Michael W. Dobbins, Clerk,United States District CourtNorthern District of Illinois,Everett McKinley DirksenUnited States Courthouse,219 South Dearborn Street,Chicago, IL 60604. (kmf) |

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

U.S. DISTRICT COURT
EASTERN DISTRICT-WI

RECEIVED JUL 21 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

DOCKET NUMBER (Tran. Court): 06-CR-00235-001
DOCKET NUMBER (Rec. Court):

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bernardo Quintana | Eastern District Wisconsin | Milwaukee |

NAME OF SENTENCING JUDGE: Chief Judge Rudolph T. Randa

DATES OF PROBATION/SUPERVISED RELEASE: FROM 3/17/08 TO 3/16/11

MAIL-REC'D

**OFFENSE**

Title: 21 U.S.C. 841(a)(1) and 841(b)(1)(B): Possession with the Intent to Distribute 100 Grams or More of Heroin

MAGISTRATE JUDGE DENLOW
JUDGE LINDBERG
08 CR 614

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/1/08  _Date_    _[signature]_ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

U.S. District Court
Eastern Dist. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
JON W. SANFILIPPO, Clerk
DATED: 8/15/08
By: _[signature]_ Deputy

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY _[signature]_ DEPUTY CLERK
JUL 31 2008
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Effective Date: AUG 0 7 2008

_James F. Holderman_ United States District Judge